No. 10–8491. ROSENFELD v. HACKETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8496. BOYD v. CONTRA COSTA COMMUNITY COLLEGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8507. YOWELL v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8509. TRAINI v. CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8513. JONES v. ROTHENBERG, JUDGE, CIRCUIT COURT OF FLORIDA, MIAMI-DADE COUNTY. C. A. 11th Cir. Certiorari denied.

No. 10–8517. MATHIS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–8518. JUDD v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 10–8520. BAILEY v. RAMIREZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8528. BEASLEY v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–8541. RIOS v. BENNETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8557. MARSHALL v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–8564. CROSBY v. COURT OF COMMON PLEAS OF PENNSYLVANIA, PHILADELPHIA COUNTY. Sup. Ct. Pa. Certiorari denied.

No. 10–8566. DEAN v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–8574. HOOKS v. DOTSON, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.